■ In the Matter of the COUNTY OF NASSAU, Appellant, Relative to Acquiring Title to Real Property on Merrick Road in the Vicinity of Massapequa and the Incorporated Village of Massapequa Park in the Town of Oyster Bay. ALCOR PETROLEUM CORP., Respondent.—In a condemnation proceeding, the petitioner appeals, as limited by its brief, from so much of a partial final decree of the Supreme Court, Nassau County, entered November 3, 1975, as fixed compensation for the taking. Partial final decree affirmed insofar as appealed from, without costs or disbursements. There is support in the record on this appeal for the award made in this proceeding. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

■ In the Matter of the COUNTY OF SUFFOLK, Respondent, Relative to Acquiring Title to Real Property at Northwest Harbor in the Town of East Hampton. EVA FIRESTER et al., Appellants.—In a condemnation proceeding, the claimants appeal from an order of the Supreme Court, Suffolk County, dated March 25, 1976, which, *inter alia,* (1) denied their motion for a new hearing "limited solely to the value of an increment for potential subdivision" to be added to the raw acreage value and (2) directed a trial *de novo* to determine the raw acreage value plus the increment. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Glickman at Special Term. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

■ In the Matter of the Arbitration between JAMAICA BUSES, INC., Appellant, and ROBERT M. MORAN, Respondent.—In a proceeding to stay arbitration of a dispute under the New York Comprehensive Automobile Insurance Reparations Act, petitioner appeals from an order of the Supreme Court, Queens County, dated November 20, 1975, which denied its application and directed the parties to proceed to arbitration. Order affirmed, with $50 costs and disbursements (see *Matter of Nassau Ins. Co. v McMorris,* 53 AD2d 694; *Matter of Nassau Ins. Co. v Ebin,* 81 Misc 2d 168, adhered to upon reconsideration 82 Misc 2d 513). Martuscello, Acting P. J., Latham, Margett, Damiani and Titone, JJ., concur.